IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00150–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MIGUEL NAVARRO-SANCHEZ,
      a/k/a RAFAEL LOPEZ-RUBIO,
      a/k/a JOSE BUENO-LARA,

      Defendant.

---

## ORDER AND NOTICE OF SETTINGS

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

      This matter is set for a three-day trial to a jury of 12, plus alternates, commencing at

9:00 o'clock a.m. on Monday, **June 19, 2006**, in Courtroom A1001 of the Alfred A. Arraj

United States Courthouse.  Therefore, it is

      **ORDERED** that the deadline for filing all motions is <u>May 10, 2006</u>.  All responses shall

be filed by <u>May 17, 2006</u>.  A hearing on the motions/status conference, if necessary, is set for

**May 18, 2006**, at 10:00 o'clock a.m.  It is further

      **ORDERED** that the clerk will forthwith transmit to a certified interpreter (selected by the

clerk) a complete copy of the charging document.  Within five days of the date of this order, the

1

interpreter will translate the charging document, in writing, into Spanish and file the original and

one copy with the court.  Defense counsel will be responsible for obtaining the Spanish version

from the interpreter and seeing that it is promptly delivered to defendants.  Attached to the

translation will be the interpreter's certificate that the written translation is a complete and correct

copy of the charging document and that it has been made available to defense counsel.  It is

further

      **ORDERED** that a change of plea hearing is scheduled to commence at 9:30 o'clock a.m.

on Wednesday, **June 7, 2006**.  The deadline for submitting the plea agreement and statement of

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is

Monday, June 5, 2006.  Defense counsel is responsible for coordinating with the interpreter to

ensure that both the plea agreement and statement of facts relevant to sentencing and the

statement by defendant in advance of plea of guilty are translated, in writing, into Spanish,

furnished to defendant, and signed by defendant in advance of the hearing on the change of plea.

Attached to the written translation of each document will be the interpreter's certificate that the

written translation is a complete and correct interpretation of the document in question.  The

Spanish version of the document will be tendered to the courtroom deputy clerk no later than

commencement of the change of plea hearing so that it can be marked as an exhibit.

Dated: April 26, 2006